**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michelle E. Weiss                                     CHAPTER 13
       Richard F. Weiss Jr.

                                                                       BKY. NO. 15-12150 AMC

                          Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

                                              Respectfully submitted,
                                              **/s/ Rebecca A. Solarz Esquire**
                                              Rebecca A Solarz, Esquire
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322