Certificate Number: 02921-PAE-DE-034202320

Bankruptcy Case Number: 15-12150



02921-PAE-DE-034202320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 6, 2020</u>, at <u>3:55</u> o'clock <u>PM EST</u>, <u>Richard Weiss</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 9, 2020</u>　　　　By:  <u>/s/Erica Librach</u>

　　　　　　　　　　　　　　　　Name:  <u>Erica Librach</u>

　　　　　　　　　　　　　　　　Title:  <u>counselor</u>