United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-12150-amc
Richard F Weiss, Jr                                                 Chapter 13
Michelle E. Weiss
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore          Page 1 of 2          Date Rcvd: Jun 16, 2020
                             Form ID: 138NEW          Total Noticed: 49
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.

```
db/jdb         +Richard F Weiss, Jr,    Michelle E. Weiss,    2751 Spring Meadow Drive,
                 Warrington, PA 18976-2082
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13500047       +Abington Hospital,    P.O. Box 786331,    Philadelphia, PA 19178-6331
13500049       +Asset Acceptance, LLC,    130 B Gettysburg Pike,    Mechanicsburg, PA 17055-5653
13534540        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13534269       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13500054       +Dell Financial,    P.O. BOx 1630,    Warren, MI 48090-1630
14473674       +Federal Home Loan Mortgage Corporation,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14452363       +Federal Home Loan Mortgage Corporation, as Truste,     Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14473180       +Federal Home Loan Mortgage Corporation, as Trustee,     C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
13500057       +Fidelity Burgular & Fire,    1900 Woodhaven Road,    Philadelphia, PA 19116-3029
13500061       +JC Christensen & Assoc.,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
13524726       +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike, Suite 101,    Feasterville, PA 19053-6002
13500062       +Midland Funding, LLC,    c/o Hayt, Hayt and Landan,    123 S. Broad Street, Suite 1660,
                 Philadelphia, PA 19109-1003
13505300       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13500063       +PNC Bank - Visa,    P.O. Box 3180,    Pittsburg, PA 15230-3180
13500065       +Progressive Financial Services,    P.O. Box 22083,    Tempe, AZ 85285-2083
14272637       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14381761       +Specialized Loan Servicing LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13500070       +TD Bank (Target),    c/o Blatt, Hasenmiller, Leibsker,    & Moore, LLC,    1835 Market Street,
                 Philadelphia, PA 19103-2968
13500071      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,     P.O. Box 5855,
                 Carol Stream, IL    60197-5855)
13556882       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13500072       +U.S. Department of Education,    c/o. Collection Technology Inc.,    P.O. Box 2036,
                 Monterey Park, CA 91754-8936
13597298        US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
13575444       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13500073       +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.chacon@spservicing.com Jun 17 2020 04:23:39
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13500048       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 17 2020 04:22:16
                 Alliance One Recovery Management,    4850 Street Road,    Trevose, PA 19053-6600
13500050       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:28:39      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
13500051       +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 04:22:22      Capital One N.A. - Kohls,
                 P.O. BOx 3115,    Milwaukee, WI 53201-3115
13500053       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 17 2020 04:23:35
                 Credit Collections Service,    2 Wells Avenue,    Newtown, MA 02459-3246
13500055        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 17 2020 04:22:25      Department of the Treasury,
                 Internal Revenue Service,    Stop 830,    Andover, MA   01810-0030
13500056       +E-mail/Text: bknotice@ercbpo.com Jun 17 2020 04:23:02      Enhanced Recovery Company,
                 P.O. Box 57610,    Jacksonville, FL 32241-7610
13500058       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:04
                 GE Capital Retail,    c/o Portfolio Recovery Assoc.,    120 Corporate Blvd.,
                 Norfolk, VA 23502-4952
13500059       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:38      GE Capital Retail Bank - Lowes,
                 P.O. Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                  Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW           Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13510027       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 17 2020 04:22:58      Midland Credit Management, Inc,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
13531416        E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:06      Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13575623        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:44
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13500064       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:29:06
                 Portfolio Recovery Services,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
13508475        E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2020 04:29:05
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13500068       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:57      SYNCB/Home Design Furniture,
                 P.O. BOx 965036,    Orlando, FL 32896-5036
13500069       +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:36      SYNCB/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
13500066       +E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:29:29      Sallie Mae - Navient,
                 P.O. Box 9655,    Wilkes Barre, PA 18773-9655
13533001       +E-mail/Text: bncmail@w-legal.com Jun 17 2020 04:23:03      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13500052        Comenity Capital,   c/o Professional Bureau of Collections,   of Maryland,
                 9675 Elk-Grove- Florin Road,    Elk Grove,
13510303*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:    IRS,   PO BOX 21126,   PHILA PA 19114)
13500060*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA   19101-7346
13575880*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
13500067*      +Sallie Mae - Navient,    P.O. Box 9655,   Wilkes Barre, PA 18773-9655
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:

```
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank,N.A. paeb@fedphe.com
              JOSHUA Z. GOLDBLUM    on behalf of Joint Debtor Michelle E. Weiss jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Richard F Weiss, Jr jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
              MICHAEL P. KELLY    on behalf of Debtor Richard F Weiss, Jr mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Michelle E. Weiss mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard F Weiss, Jr and Michelle E. Weiss

       Debtor(s)                                     Bankruptcy No: 15−12150−amc

                                                                 Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                            For The Court
                                                   Timothy B. McGrath
                                                      Clerk of Court

Dated: 6/16/20

                                                                                 38 − 37
                                                                            Form 138_new