```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 15-12150-elf
Richard F Weiss, Jr                                                 Chapter 13
Michelle E. Weiss
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin                  Page 1 of 2                  Date Rcvd: Jul 10, 2020
                               Form ID: 3180W               Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db/jdb         +Richard F Weiss, Jr,    Michelle E. Weiss,   2751 Spring Meadow Drive,
                 Warrington, PA 18976-2082
13534269       +Cavalry SPVI LLC assignee Capital One Bank USA, NA,    Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
14452363       +Federal Home Loan Mortgage Corporation, as Truste,    Serviced by Select Portfolio Servicing,,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
13524726       +Joshua Z. Goldblum, Esquire,    826 Bustleton Pike, Suite 101,    Feasterville, PA 19053-6002
13505300       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13556882       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2020 04:20:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2020 04:21:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13534540        EDI: BL-BECKET.COM Jul 11 2020 07:53:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13510303        EDI: IRS.COM Jul 11 2020 07:53:00     IRS,   PO BOX 21126,   PHILA PA 19114
13510027       +EDI: MID8.COM Jul 11 2020 07:53:00     Midland Credit Management, Inc,
                 as agent for Asset Acceptance LLC,    PO Box 2036,   Warren, MI 48090-2036
13531416        EDI: NAVIENTFKASMSERV.COM Jul 11 2020 07:53:00     Navient Solutions, Inc.,   P.O. Box 9640,
                 Wilkes-Barre, PA 18773-9640
13575623        EDI: PRA.COM Jul 11 2020 07:53:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
13533001       +E-mail/Text: bncmail@w-legal.com Jul 11 2020 04:21:01     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13597298        EDI: ECMC.COM Jul 11 2020 07:53:00     US Department of Education,   P O Box 16448,
                 St Paul, MN 55116-0448
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13575880*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank,N.A. paeb@fedphe.com
              JOSHUA Z. GOLDBLUM    on behalf of Joint Debtor Michelle E. Weiss jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Richard F Weiss, Jr jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor   Specialized Loan Servicing LLC pa-bk@logs.com
```

```
District/off: 0313-2           User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2020
                               Form ID: 3180W           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL P. KELLY    on behalf of Debtor Richard F Weiss, Jr mpkpc@aol.com, r47593@notify.bestcase.com
        MICHAEL P. KELLY    on behalf of Joint Debtor Michelle E. Weiss mpkpc@aol.com, r47593@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard F Weiss Jr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8872** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Michelle E. Weiss** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7349** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number:   **15–12150–elf** | | |

# Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard F Weiss Jr                                            Michelle E. Weiss

                                                              **By the court:**   Eric L. Frank
7/9/20                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**