United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard F Weiss, Jr  
Michelle E. Weiss  
    Debtors

Case No. 15-12150-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Jul 13, 2020  
                     Form ID: 195    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
```
db/jdb         +Richard F Weiss, Jr,    Michelle E. Weiss,    2751 Spring Meadow Drive,
                 Warrington, PA 18976-2082
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: jennifer.chacon@spservicing.com Jul 14 2020 04:38:54
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
cr              E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 04:42:36      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank,N.A. paeb@fedphe.com
              JOSHUA Z. GOLDBLUM    on behalf of Joint Debtor Michelle E. Weiss jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              JOSHUA Z. GOLDBLUM    on behalf of Debtor Richard F Weiss, Jr jzgoldblum@aol.com,
               G14492@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Michelle E. Weiss mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Debtor Richard F Weiss, Jr mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
                for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Richard F Weiss, Jr and Michelle E. Weiss  : Case No. 15–12150–elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 13, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

43
Form 195